IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et. al.* | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | NO. 26 C 9498 |
| vs. | ) | |
| | ) | JUDGE FRANKLIN U. VALDERRAMA |
| SEYLLER'S, INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on October 9, 2026, request this Court enter judgment against Defendant, SEYLLER'S, INC., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On October 9, 2026, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period June 2025 through August 2025, November 2025 and December 2025. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendant.

2. As of November 18, 2026, Plaintiffs' counsel received Defendant's monthly fringe benefit contribution reports for the time period April 2025 through present. These reports indicate

Defendant is delinquent in contributions to the Funds in the amount of $12,737.60. (See Administrator Affidavit of Catherine M. Chapman).

3. Additionally, the amount of $1,273.76 is due for liquidated damages. (Administrator Affidavit Paragraph 5).

4. In addition, Plaintiffs' firm has expended $555.00 for costs and $1335.50 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $15,901.86.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $15,901.86.

/s/ Carson W. Fallo

Stephen J. Rosenblat
Carson W. Fallo
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6345253
Telephone: 312-216-2550 Facsimile: 312-236-0241
E-Mail: cfallo@baumsigman.com
I:\52J\Seyller's Inc\#31527\motion for entry of judgment.cwf.jjg.docx

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 18th day of November 2026:

Mr. Arthur Seyller, President
Seyller's, Inc.
2325 Dean Street, Suite 100-D
St. Charles, IL 60175-4810

Mr. Arthur Seyller, President
Seyller's, Inc.
P.O. Box 22
St. Charles, IL 60174-0022

/s/ Carson W. Fallo

Stephen J. Rosenblat
Carson W. Fallo
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6345253
Telephone: 312-216-2550 Facsimile: 312-236-0241
E-Mail: cfallo@baumsigman.com
I:\52J\Seyller's Inc\#31527\motion for entry of judgment.cwf.jjg.docx